Opinion filed September 4, 2008












 
 
  
 
 





 
 
  
 
 


Opinion filed September 4,
2008

 

 

 

 

 

 

                                                                       
In The

                                                                             


    Eleventh Court of Appeals

                                                                
____________

 

                                                         
No. 11-08-00187-CR

                                                   
__________

 

                                    
 CASEY JACK LUSK, Appellant

 

                                                            
V.

 

                                       
 STATE OF TEXAS, Appellee

 





 

                                        
On Appeal from the 259th District Court

 

                                                         
 Jones County, Texas

 

                                                   
Trial Court Cause No. 10100

 





 

                                             
M E M O R A N D U M   O P I N I O N

Casey
Jack Lusk has filed in this court a motion to dismiss his appeal.  The
motion is signed by both Lusk and his attorney.  The motion is granted,
and the appeal is dismissed.

 

PER CURIAM

September 4,
2008

Do not
publish.  See Tex. R. App.
P. 47.2(b).

Panel consists of:  Wright,
C.J.,

McCall, J., and Strange, J.